IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-00310-MEH-PAC

CRYSTAL LYNN TOUCHSTONE,

Plaintiff,

v.

TRIMEDYNE, INC.,

Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 16, 2006.**

The Unopposed Motion To Vacate Trial Setting [Filed February 14, 2006; Docket #79] is **granted**. The six-day jury trial scheduled to begin on April 17, 2006, is hereby vacated. The final pretrial conference scheduled for March 27, 2006, at 9:00 a.m. is also vacated.